Jesse C Swanhuyser (State Bar No. 282186)
ANACAPA LAW GROUP, INC.
508 East Haley Street
Santa Barbara, CA 93103
Tel: (805) 689-1469
Email: jswanhuyser@anacapalawgroup.com

Attorney for Plaintiff
CALIFORNIA COMMUNITIES AGAINST TOXICS

William W. Funderburk (State Bar No. 176244)
Castellón & Funderburk LLP
811 Wilshire Blvd Ste 1025
Los Angeles, CA 90017-2649
Tel. (213) 623-7515
Fax. (213) 532-3984
Email: wfunderburk@candffirm.com

Attorney for Defendant
MATTCO FORGE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, a non-profit public benefit association,<br><br>Plaintiff,<br><br>vs.<br><br>MATTCO FORGE, INC., a California corporation,<br><br>Defendants. | Case No.: 2:17-cv-03793-TJH-ASx<br><br>**JOINT NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE AND REQUEST FOR ENTRY (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)**<br><br>Judge:  Hon. Terry J. Hatter |

TO THE HONORABLE COURT:

On or about February 15, 2018, Plaintiffs CALIFORNIA COMMUNITIES

AGAINST TOXICS ("Plaintiffs") and Defendants MATTCO FORGE, INC.

("Defendants") (collectively the "Parties") jointly notified the Court of the

settlement of this federal Clean Water Act matter.  See ECF Doc. No. 20.  The Parties further advised the Court that, as required by the Clean Water Act and its implementing regulations, Plaintiff had submitted the [Proposed] Consent Decree to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of the EPA and the United States Attorney General Citizen Suit Coordinator (collectively "the Agencies") for the Agencies' required 45-day review under 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5.

The Court has set April 16, 2018 at 10:00 a.m. for a hearing on an Order to Show Cause re: Entry of the [Proposed] Consent Decree.  See ECF Doc. No. 21.

On April 2, 2018, the Agencies notified the Court and the Parties that they had reviewed the [Proposed] Consent Decree and that they did not object to entry of the [Proposed] Consent Decree.  See ECF Doc. No. 22.

The [Proposed] Consent Decree is lodged hereto as Exhibit A for the Court's consideration and requested entry on page 22.  Among other things, the [Proposed] Consent Decree requires stormwater best management practices at Defendant's facility that is the subject of this case, designed to meet applicable water quality standards for stormwater run-off.  The [Proposed] Consent Decree includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

The Parties respectfully request that the Court enter the [Proposed] Consent Decree.

1  | DATED:  April 3, 2018                 CASTELLÓN & FUNDERBURK LLP

2

3  | By:  _/s/ per L.R. 5-4.3.4_____
   |         WILLIAM W. FUNDERBURK

4  |         ATTORNEY FOR DEFENDANTS
   |         MATTCO FORGE, INC.

5

6

7  | DATED:  April 3, 2018                 ANACAPA LAW GROUP, INC.

8

9  | By:  _/s/ Jesse C. Swanhuyser_____
   |         JESSE C. SWANHUYSER

10 |         ATTORNEY FOR PLAINTIFFS
   |         CALIFORNIA COMMUNITIES AGAINST

11 |         TOXICS.

12

13  Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the
    signatories listed, and on whose behalf the filing is submitted, concur in the

14  filing's content and have authorized the filing.

15

16

17

18

19

20

21

22

23

24

25

26

27

28